UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Priority | ___ |
| Send | ___ |
| Enter | ___ |
| Closed | ___ |
| JS-5/JS-6 | ___ |
| Scan Only | ___ |

**CASE NO.:** CV 16-09656 SJO (AGRx)     **DATE:** June 2, 2017

**TITLE:** Joshua Gamez v. Woodland Direct Inc. et al

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                   Not Present
Courtroom Clerk                               Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**    **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                   Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the NOTICE of Voluntary Dismissal filed by Plaintiff Joshua Gamez. [ECF # 27]. Dismissal is with prejudice. Accordingly, the Court Orders that this matter shall be dismissed pursuant to NOTICE of Voluntary Dismissal. All matters scheduled for hearing are vacated.